# Court of Appeals
# of the State of Georgia

ATLANTA,    May 17, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0352. KENNETH JOHNSON v. THE STATE.**

A jury convicted Kenneth Johnson of aggravated assault, and his conviction was affirmed on appeal. See *Johnson v. State*, 326 Ga. App. 220 (756 SE2d 303) (2014). Thereafter, Johnson filed a pro se "Writ of Prohibition; Motion to Vacate Void Judgment and Default Judgment" arguing that his trial and conviction were the result of a conspiracy and that there were procedural irregularities that rendered his conviction void. The trial court denied the motion, and Johnson filed this application for discretionary appeal.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Therefore, Johnson is not authorized to collaterally attack his conviction in this manner.  See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220)

(2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly,

this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____05/17/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*